# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID JUCKNIK, :
        Plaintiff, :
         :
        v. : Civil No. 5:21-cv-00411-JMG
         :
ALLSTATE VEHICLE AND PROPERTY :
INSURANCE COMPANY, :
        Defendant. :

## ORDER

**AND NOW**, this 28th day of December, 2021, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 24), Plaintiff's Response in Opposition (ECF No. 29), and for the reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 24) is **GRANTED**.

2. Judgment is **ENTERED** in favor of Defendant and against Plaintiff.

3. The Clerk of Court is directed to mark this action as **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge